UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICKY SCOTT,<br>    Plaintiff,<br>    v.<br><br>HENRY FORD HEALTH<br>SYSTEM, *et al.*,<br>    Defendants.<br>_____/ | Case No. 22-10306<br><br>Denise Page Hood<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

### REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS COLEMAN AND CUMMINGS

**A.    Discussion**

This case was field February 14, 2022, and later was referred to the undersigned for all pretrial proceedings. (ECF No. 42). On March 2, 2023, the undersigned ordered Plaintiff to show cause why named defendants Susan Coleman and Koree Cummings should be dismissed without prejudice for failure to timely serve them under Fed. R. Civ. P. 4(m). That rule states that if a defendant is not served within 90 days after the complaint is filed, the Court must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff timely responded to the Order to show cause. He stated that both defendants should be dismissed without prejudice under Rule 4(m). (ECF Nos. 45,

46). Given Plaintiff's concession and that neither defendant has been served, the undersigned **RECOMMENDS** that defendants Coleman and Cummings be **DISMISSED WITHOUT PREJUDICE**.

### B. Procedures on Objection

The parties to this action may object to and seek review of this Report and Recommendation, but are required to file any objections within 14 days of service, as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1981). Filing objections that raise some issues but fail to raise others with specificity will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Sec'y of Health and Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to Local Rule 72.1(d)(2), any objections must be served on this Magistrate Judge.

Any objections must be labeled as "Objection No. 1," "Objection No. 2," etc. Any objection must recite precisely the provision of this Report and Recommendation to which it pertains. Not later than 14 days after service of an objection, the opposing party may file a concise response proportionate to the objections in length and complexity. Fed. R. Civ. P. 72(b)(2), Local Rule 72.1(d).

The response must specifically address each issue raised in the objections, in the same order, and labeled as "Response to Objection No. 1," "Response to Objection No. 2," etc.  If the Court determines that any objections are without merit, it may rule without awaiting the response.

Date:  April 10, 2023                                   s/Curtis Ivy, Jr.
                                                                      Curtis Ivy, Jr.
                                                                      United States Magistrate Judge